

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick***
Robert B. Lachenauer
Roger L. Stavis
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis
Andrew R. Gottesman
Matthew S. Seminara
Julia B. Milne
James W. Kennedy
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Brett Joshpe
Michael Mooney
Adam K. Brody
Andrew E. Steckler
Alex J. Otchy*
Philip Tafet
Carli M. Aberle
Zachary J. Turquand
Kellyann T. Ryan
Sitie "Esther" Tang

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Timothy J. Quill, Jr.

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
*NY State Court of Appeals 1985–1998*
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
*NY Appellate Div. 1999–2010* [ret ]
Alan Katz
Eric M. Kutner
Andrew P. Napolitano°
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet

Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

Application GRANTED. The initial pretrial conference, scheduled for January 13, 2025, *see* ECF No. 18, is adjourned to **January 27, 2025** at **10:45 a.m.**

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: December 16, 2024

December 13, 2024

By Letter Motion Via ECF
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

JSM Music, Inc. v. Marcum LLP
No. 1:24-cv-05219-JHR

Dear Judge Rearden:

This firm represents Defendant Marcum LLP ("Marcum") in connection with the above-captioned copyright action. We write on consent pursuant to Rule 3.G of Your Honor's Individual Rules and Practices to request approval of a two-week extension of the initial pretrial conference with the Court, which is currently scheduled to take place on January 13, 2025, at 11:30 a.m., to a new date during the final week of January.

Marcum previously requested an adjournment to serve and file the Answer, which request was granted.

The request is made because the currently scheduled deadline for the Rule 26(f) conference is December 23, 2024. In addition, the parties are currently scheduled to

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016
O 212.696.4848 | F 212.696.1231
mintzandgold.com





participate in a mediation on December 17, 2024,[1] and are currently focusing their attention on the mediation. In view of the coming holiday schedule, counsel request that the Rule 16 conference and the attendant date for the meet and confer be postponed.

We have conferred with counsel for the Plaintiff, Kevin P. McCulloch, Esq., and Mr. McCulloch consents to the extension.

There are no other currently scheduled appearances before the Court or other such deadlines and granting the request will not affect any other scheduled dates. I have spoken with Mr. McCulloch, and the parties would be available on a date convenient to the Court during the final week of January.

Respectfully submitted,

Terence W. McCormick

Terence W. McCormick

Cc: Kevin P. McCulloch, Esq.
*Counsel for Plaintiff*

[1] Pursuant to the Court's Order of October 17, 2024 (ECF Doc. No. 19), the parties will apprise the Court of the outcome of the mediation.