UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JSM MUSIC, INC.,

                              Plaintiff,                          24 Civ. No. 5219 (JHR) (GS)

          -against-

MARCUM LLP,                                         **VIDEO DISCOVERY**
                                                           **CONFERENCE ORDER**

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **Friday, August 8, 2025 at 12:00 p.m.** to discuss Plaintiff's Letter Motion to Compel regarding Requests for Production No. 14 and 16 (Dkt. No. 37) and Defendant's Letter Motion for Discovery Sanctions (Dkt. No. 40). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [236 043 909 433 0]  Passcode: [Vm9rU7N5].**

      SO ORDERED.

DATED:     New York, New York
               July 24, 2025

                                                                                      The Honorable Gary Stein
                                                                                      United States Magistrate Judge