UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JSM MUSIC, INC.,

                       Plaintiff,                    24 Civ. No. 5219 (JHR) (GS)

       -against-

                                                              **ORDER**

MARCUM LLP,

                       Defendant.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      For the reasons set forth on the record at the August 27, 2025 Discovery Conference, Defendant's motion for discovery sanctions (Dkt. No. 40) is hereby **DENIED**; Plaintiff's motion to compel (Dkt. No. 37) is hereby **GRANTED** as to Defendant's 1) annual gross revenue for the years 2019 through 2024 and 2) annual advertising budget for the year 2024; Defendant's motion to compel Plaintiff to produce a witness prior to the since-extended July 31, 2025 discovery deadline (Dkt. No. 44) is hereby **DENIED** as moot.  Furthermore, as discussed at the August 27 Conference, the parties shall submit a joint letter by no later than September 4, 2025, apprising the Court as to the status of Plaintiff's two pending discovery motions (Dkt. Nos. 48, 49) and suggesting proposed dates for the extension of the fact and expert discovery deadlines.

      **SO ORDERED.**

DATED:    New York, New York
               August 27, 2025

                                                             _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge