**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JSM MUSIC, INC.

                           Plaintiff,

              -against-

MARCUM LLP,

                        Defendant.
-----------------------------------------------------------------X

                                       **24 Civ. No. 5219 (JHR) (GS)**

                                         **VIDEO STATUS**
                                **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Wednesday, March 4, 2026**

**at 10:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the

scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [270 750**

**110 111 1]  Passcode: [ks7hB3mV]**

       **SO ORDERED.**

DATED:      New York, New York
              February 10, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge