UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JSM MUSIC, INC.,                                        :
                                                        :
                                                        :          24 Civ. 5219 (JHR) (GS)
                                                        :
                          Plaintiff,                    :          ORDER
                                                        :
           - against -                                  :
                                                        :
MARCUM, LLP,                                            :
                                                        :
                          Defendant.                    :
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On August 19, 2025, Plaintiff JSM Music, Inc. ("JSM" or "Plaintiff") moved to

compel Defendant Marcum, LLP ("Marcum" or "Defendant") to produce additional

discovery documents responsive to Items 11 and 12 in JSM's Requests for

Production ("RFP").  (Dkt. No. 48).  On August 21, 2025, JSM moved to compel the

deposition of an additional Marcum corporate designee pursuant to Rule 30(b)(6).

(Dkt. No. 49).  Marcum filed letters opposing JSM's motions to compel on August 22

and 26, 2025.  (Dkt. Nos. 50, 51).

On August 27, 2025, the Court held a conference to discuss, *inter alia*, these

pending motions, and ordered that the parties meet and confer in an effort to

resolve these discovery disputes and subsequently submit a joint letter apprising

the Court of their progress.  (*See* Dkt. No. 53).  On September 19, 2025, the parties

filed a joint status letter pursuant to the Court's August 27 Order.  (Dkt. No. 62).

As to JSM's motion to compel the production of additional documents, Marcum explains that it had produced "over one thousand additional pages of documents and communications between Marcum and its media buyers sufficient to satisfy RFP No. 12" and that it produced documents responsive to RFP No. 11 only for the time period of January 1, 2020 to June 30, 2024 because JSM's claim is solely based on ads running through June 2024. (*Id.* at 1-2). JSM confirmed Marcum's account of its production, but explained that it does not agree with Marcum's June 2024 cutoff date because, *inter alia*, Marcum itself requested discovery materials from third-party Litchfield Entertainment Co., Inc. for July and August 2024, and documents produced by third-party Mindstream Media Group ("MMG") show that Marcum was communicating MMG into July and August 2024. (*Id.* at 2). The Court is persuaded by JSM's argument and directs Marcum to produce documents responsive to RFP Nos. 11 and 12 from July and August 2024. JSM has not, however, shown a basis for extending the production as to these two items beyond August 2024.

As to JSM's motion to compel additional 30(b)(6) testimony, JSM concedes that additional testimony with respect to the topics at issue is no longer necessary, save for Topic No. 2 of its deposition topics. (*Id.* at 2). JSM concedes further that it "remains open to resolving this issue without a second deposition (e.g., a statement from counsel regarding the accounts, timeframe, and parameters of the searches conducted)." (*Id.* at 3). In light of JSM's position, Marcum is hereby ordered to produce a statement from counsel responsive to JSM's queries regarding Topic No.

2.  Should this statement prove unsatisfactory to JSM, it may renew its request for additional 30(b)(6) testimony.  Should JSM renew this request, however, JSM must produce relevant portions of the deposition transcript for the Court's review (which may, if appropriate, be filed under seal).

By separate Order, a video status conference will be scheduled for March 4, 2026 at 10:00 a.m.

**SO ORDERED.**

DATED:      New York, New York
            February 10, 2026

_____
GARY STEIN
United States Magistrate Judge

3