**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JSM MUSIC, INC.,

                            Plaintiff,

                -against-

MARCUM LLP,

                         Defendant.
------------------------------------------------------------------X

    **24 Civ. No. 5219 (JHR) (GS)**

    **PRE-SETTLEMENT**
    **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Friday, May 22, 2026 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 735 834 362#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

        **SO ORDERED.**

DATED:    New York, New York
           May 15, 2026

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge